IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NANCY E. BARRONE,                           Civ. No. 06-892-HO

    Plaintiff,                          JUDGMENT

  v.

Commissioner of Social Security,

    Defendant.

The decision of the Commissioner is affirmed. This proceeding is dismissed.

DATED this __5th__ day of December, 2007.

                                                      s/ Michael R. Hogan
                                          United States District Judge